IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:09cr40 |
| | ) | |
| v. | ) | TEMPORARY |
| | ) | EMERGENCY FORCED |
| | ) | FEEDING ORDER |
| LOGAN PAINTER | ) | |

THIS MATTER is before the Court on the Government's Motion for Temporary Emergency Forced Feeding Order. Having considered that Motion and finding that there is reasonable cause to believe that the defendant's health is in immediate jeopardy and that the forced-feeding of the defendant furthers the government's compelling interests in the preservation of life, prevention of suicide, and enforcement of prison security, order, and discipline, the Court enters the following Order:

**ORDER**

IT IS, THEREFORE, ORDERED that:

(1) THE DEFENDANT shall be transported at the direction of the UNITED STATES MARSHAL to the nearest appropriately equipped medical facility so that he may be provided with appropriate nourishment by means of nasogastric tube or intravenous feeding procedures if necessary.

(2) That if necessary the UNITED STATES MARSHAL may physically restrain the defendant to provide said nourishment.

(3) Provided that the defendant has regained his physical strength, THE UNITED STATES MARSHAL shall return the defendant to the scheduled appearance before United States Magistrate

Judge Dennis Howell in Asheville North Carolina on Tuesday April 28, 2009.

THE CLERK OF COURT is directed to certify copies of this Order to counsel for defendant, the United States Attorney, the United States Marshal, and the designated medical facility also in the care of the United States Marshal.

This Order is entered in response to the Government's Motion for Temporary Emergency Forced Feeding Order (document #8).

**SO ORDERED**.

Signed: April 23, 2009

David S. Cayer
United States Magistrate Judge